MAE GILLIGAN et al., on Behalf of Themselves and All Tenants of 1070 Park Avenue, Similarly Situated, Respondents, *v.* TISHMAN REALTY & CONSTRUCTION Co., INC., et al., Defendants, and SYLVAN MANHEIM et al., Appellants.

Submitted May 17, 1954; decided June 4, 1954.

Motion by appellants to amend the remittitur granted to the extent that the remittitur is recalled and amended to read as follows: Order affirmed and judgment absolute directed against appellants, with costs in this court and with a proportionate share of costs against appellants in the Appellate Division and at Special Term; motion otherwise denied.

Cross motion by respondents to amend the remittitur denied. [See 306 N. Y. 974.]